■ In the Matter of LONG ISLAND ACCESS, INC., Appellant, v LLOYD SMALLWOOD, JR., as Chairman of the Nassau County Planning Commission, et al., Respondents.—Appeal by the petitioner from a judgment of the Supreme Court, Nassau County (Murphy, J.), entered September 9, 1988.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Murphy in his memorandum decision dated July 25, 1988. Brown, J. P., Kunzeman, Sullivan and Balletta, JJ., concur.